THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOROTHY BLOOM, Appellant, against RUTH E. COLLINS, as Superintendent of Women's House of Detention, Respondent.

Argued January 3, 1951; decided January 18, 1951.

*Morris E. Packer* for appellant.

*John P. McGrath, Corporation Counsel (Seymour B. Quel* and *Fred Iscol* of counsel), and *Frank S. Hogan, District Attorney (Richard G. Denzer* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.